

FILED
CLERK, U.S. DISTRICT COURT

FEB 1 7 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:23-cr-00388-DSF |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER OF DETENTION AFTER** |
| | ) **HEARING** |
| EKATERINA GLOTOVA, | ) |
| | ) **[Fed. R. Crim. P. 32.1(a)(6);** |
| Defendant. | ) **18 U.S.C. § 3143(a)]** |
| | ) |

The defendant having been arrested in Fresno, California pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

\\

\\

\\

1

A.    (X)    The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's failure to proffer any evidence to meet the defendant's burden on this issue and the defendant's history of failures to appear;

      and

B.    (X)    The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's submission; the defendant's failure to proffer any evidence to meet the defendant's burden on this issue; and the defendant's criminal history.


      IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.


DATED: February 17, 2026

_____
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE

2